# Court of Appeals
# of the State of Georgia

ATLANTA,  March 13, 2024

*The Court of Appeals hereby passes the following order:*

## A24I0134. SHALADA OKPARA v. KAYHLA WILLIAMS.

Shalada Okpara sued Kayhla Williams for damages arising out of a motor vehicle collision. The complaint included a claim for attorney fees under OCGA § 13-6-11. Williams moved for partial summary judgment on that claim, and the trial court granted her motion. Okpara now seeks interlocutory review of the trial court's order.

The grant of partial summary judgment on any issue may be appealed directly and immediately.[1] See OCGA § 9-11-56 (h); *Ellis v. Oles*, 364 Ga. App. 133, 133-134 (2) (873 SE2d 251) (2022). "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004).

Accordingly, this interlocutory application is hereby GRANTED. Okpara shall have ten days from the date of this order to file a notice of appeal in the trial court. If she has already filed a notice of appeal from the order at issue here, she need not file a second notice.

---

[1] OCGA § 5-6-35 does not require a discretionary application to appeal orders granting or denying attorney fees under OCGA § 13-6-11. See *Kraft v. Dalton*, 249 Ga. App. 754, 755 n. 2 (549 SE2d 543) (2001).

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___03/13/2024_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*